**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re    Miran Vrankic | Related Bankruptcy Case: 16–10394 |
| | Chapter 7 |
| Debtor | Judge Melvin S. Hoffman |
| | |
| Shamrock Finance LLC | Adversary Proceeding: 16–01084 |
| Plaintiff | |
| vs. | |
| Miran Vrankic | |
| Defendant | |

**NOTICE OF DEFAULT**

Pursuant to the provisions of MLBR 7055–1, it appearing that the defendant has failed to plead or otherwise defend, it is **ORDERED** that the defendant be and hereby is defaulted.

Upon application by plaintiff for entry of a default judgment, together with the proposed judgment, this matter will be presented to the court for final action.

Date: 6/17/16                                                                                          By the Court,

                                                                                                                Megan Hussey
                                                                                                                Deputy Clerk
                                                                                                                617–748–5334