# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

CHAPTER 7
CASE NO. 16-10394

| | |
|---|---|
| In Re: | |
| Miran Vrankic, and | **PLAINTIFF'S MOTION FOR** |
| Dragana Vrankic | **DEFAULT JUDGMENT PURSUANT TO** |
|     Debtors | **FED.R.CIV.P. RULE 55(b)(2)** |
| | |
| Shamrock Finance LLC, | |
|     Plaintiff | |
| | Adversary Proceeding |
| v. | |
| | No. 16-01084 |
| Miran Vrankic, | |
|     Defendant | |

NOW COMES Creditor and Plaintiff Shamrock Finance LLC ("Shamrock") in the above captioned matter and requests that this Honorable Court enter default judgment against the Debtor Miran Vrankic ("Vrankic") Federal Rules of Civil Procedure 55(b)(2) and Federal Rules of Bankruptcy Procedure, Rule 7055. On February 4, 2016 Miran Vrankic and Dragana Vrankic filed their Voluntary Petition to commence Chapter 7 bankruptcy proceedings. On May 16, 2016 Shamrock filed its Complaint with this Court and commenced its Adversary Proceeding against Vrankic. On May 18, 2016 Shamrock caused Summons and Complaint to be properly served on Vrankic. (See, Summons and Certificate of Serivice attached hereto as Exhibit "A"). To this date, Vrankic has not responded within the time permitted by this Court to serve upon Shamrock a responsive pleading or to file an answer of thirty (30) days from the date of issuance of Summons which was June 15, 2016.

WHEREFORE on June 17, 2016 this Court entered Clerk's Entry of Default as to Miran Vrankic;

WHEREFORE Shamrock makes application that a default judgment enter against the Debtor Miran Vrankic and grant judgment in favor of Plaintiff Shamrock Finance LLC against Vrankic on Counts I, II and III of Shamrock's Complaint that Vrankic's debt is non-dischargeable pursuant to 11 U.S.C. §§§ 523(a)(2), 523(a)(4) and 523(a)(6).

Respectfully submitted,
**SHAMROCK FINANCE LLC**
By its attorney,

/s/ James J. McNulty
James J. McNulty, Esq. BBO # 339940
40 Court Street, 11th Floor
Boston, MA  02108-2202
Tel. No. (617) 263-3300
jjm@jjmcnultylaw.com

Dated: July 29, 2016

# **Exhibit A**

Case 16-01084    Doc 10    Filed 07/29/16    Entered 07/29/16 10:19:57    Desc Main
Document    Page 3 of 5

# **Exhibit A**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re   Miran Vrankic | Related Bankruptcy Case: 16-10394 |
|         Dragana Vrankic | Chapter 7 |
|         Debtor | Judge Melvin S. Hoffman |
| Shamrock Finance LLC | Adversary Proceeding: 16-01084 |
|         Plaintiff | |
| vs. | |
|         Miran Vrankic | |
|         Defendant | |

### SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer within 35 days.

**ANSWER DUE: 6/15/16**

    Address of Clerk:
        U. S. Bankruptcy Court
        J.W. McCormack Post Office & Court House
        5 Post Office Square, Suite 1150
        Boston, MA 02109-3945

**At the same time,** you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name and Address of Plaintiff's Attorney:
        James J. McNulty
        40 Court Street
        Suite 1150
        Boston, MA 02108

If you make a motion, your time to answer is governed by FRBP 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date: 5/16/16

James M. Lynch
Clerk, U.S. Bankruptcy Court

By the Court,

Megan Hussey
Deputy Clerk
(617) 748-5334



Chapter 7
Adversary Proceeding: 16-01084
Judge Melvin S. Hoffman

## CERTIFICATE OF SERVICE

I, __James J. McNulty__ (name), certify that service of this summons and a copy of the complaint was made : __5-18-16__ (date) by:

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Miran Vrankic; 214-220 Hamilton Street, Saugus, MA 01906

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

__5-18-2016__    _____
Date                                 Signature

Print Name: James J. McNulty
Business Address: 40 Court Street, Suite 1150
City: Boston    State: MA    Zip: 02108