# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

CHAPTER 7
CASE NO. 16-10394

| | |
|---|---|
| In Re:<br><br>Miran Vrankic, and<br>Dragana Vrankic<br>　　　　Debtors<br><br>Shamrock Finance LLC,<br>　　　　Plaintiff<br><br>v.<br><br>Miran Vrankic,<br>　　　　Defendant | **CERTIFICATE OF SERVICE**<br><br><br><br>Adversary Proceeding<br><br>No. 16-01084 |

I, James J. McNulty, counsel for **SHAMROCK FINANCE LLC**, do hereby certify that on July 29, 2016, I served the *Plaintiff's Motion for Default Judgment Pursuant to Fed.R.Civ.P. Rule 55(b)(2), Affidavit of Kevin Devaney in Support of Plaintiff's Motion for Default Judgment Pursuant to Fed.R.Civ.P. Rule 55(b)(2) and Certificate of Service* by causing same to be filed with the Bankruptcy Court and through the ECF system at the e-mail address listed below:

    Barry R. Levine, Esq.
    100 Cummings Center, Ste 327G
    Beverly, MA 01915
    barry@barrylevinelawoffice.com

                        */s/ James J. McNulty*
                        James J. McNulty, Esq. BBO# 339940
                        40 Court Street, Suite 1150
                        Boston, MA 02108
                        Tel. 617-263-3300
                        jjm@jjmcnultylaw.com