UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

CHAPTER 7
CASE NO. 16-10394

| | |
|---|---|
| In Re: | |
| Miran Vrankic, and<br>Dragana Vrankic<br>　　　Debtors | **ORDER RE: MOTION FOR DEFAULT JUDGMENT PURSUANT TO FED.R.CIV.P. RULE 55(b)(2)** |
| Shamrock Finance LLC,<br>　　　Plaintiff<br>v.<br>Miran Vrankic,<br>　　　Defendant | Adversary Proceeding<br><br>No. 16-01084 |

Upon the *Motion for Default Judgment Pursuant to Fed.R.Civ.P. Rule 55(b)(2)* filed by counsel for the Plaintiff Shamrock Finance LLC, it is hereby **ORDERED, ADJUDGED AND DECREED**: Motion granted. Judgment is hereby entered in accord with Plaintiff's Motion for Default Judgment in favor of Plaintiff on all claims against Defendant Miran Vrankic.

This is a core proceeding in accordance with 28 U.S.C. § 157(b) as to which this Court has jurisdiction of the subject matter and the parties.

ENTERED at Boston, Massachusetts this 12th day of August, 2016

*/s/ Melvin S. Hoffman*
_____
The Honorable Melvin S. Hoffman
U.S. Bankruptcy Court Judge